**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PLUYD COLEMAN,<br><br>                              Plaintiff,<br><br>         v.<br><br>KEN PAXTON,<br><br>                              Defendant. | Case No. 2:26-cv-0018-APG-BNW<br><br>**Order Accepting Report and Recommendation, Denying Pending Motions, and Dismissing Case**<br><br>(ECF Nos. 2, 3, 12) |

On March 16, 2026, Magistrate Judge Weksler recommended dismissal of Pluyd Coleman's complaint and pending motions because this court lacks personal jurisdiction over defendant Ken Paxton. ECF No. 12.  Coleman filed an objection. ECF No. 14.

I have conducted a de novo review of the issues set forth in Judge Weksler's Screening Order and her recommendations under Local Rule IB 3-2.  Coleman's objection does not rebut Judge Weksler's findings or conclusions, or offer any reason why I should not accept her recommendation.  Regardless of the merits of Coleman's claims, this court cannot exercise personal jurisdiction over Paxton.  Judge Weksler's Screening Order and recommendations set forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that the Screening Order, including its recommendations, **(ECF No. 12) is accepted**.  All pending motions **(ECF Nos. 2, 3) are denied** without prejudice.  This

/ / / /

/ / / /

/ / / /

/ / / /

case is DISMISSED without prejudice and without leave to amend the complaint. The clerk of the court shall enter Judgment accordingly and close this case.

Dated: April 16, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE